IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY ANN (SHAW) NAWROCKI,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

18-cv-508-jdp

v.

TARGET CORPORATION-STORES,

    Defendant.

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as duplicative.

| /s/ | 7/10/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |